# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| FOX VALLEY VIEW, INC., | § | Case No. 13-20449 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/15/2013 . The undersigned trustee was appointed on 07/02/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 50,000.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 91.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of[1] | $ | 49,908.93 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  04/28/2016  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,750.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,750.00 , for a total compensation of $ 5,750.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 79.93 , for total expenses of $ 79.93 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/27/2017                    By:/s/Peter N. Metrou, Trustee
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-20449 BWB | |
| Case Name: | FOX VALLEY VIEW, INC., | |
| For Period Ending: | 11/27/2017 | |

| | |
|---|---|
| Judge: | Bruce W. Black |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Date Filed (f) or Converted (c): | 05/15/2013 (f) |
| 341(a) Meeting Date: | 10/18/2013 |
| Claims Bar Date: | 04/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  7 vacant lots Naperville, IL c/k/a Forest View Est | 700,000.00 | 100,000.00 | | 50,000.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $700,000.00 | $100,000.00 | $50,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Involuntary case and Companion case to RA Bright and Robert Bright involuntary cases.  RE: 7 vacant lots Naperville, IL c/k/a Forest Joint Venture LLC with Forrest Construction 1/2 Interest -  fmv 700,000.00  owe 600,000.00.  Motion for 2004 Exams approved by the court on 10/23/2015 see Dkt#'s 36 and 37. Motion to Employ Counsel approved by the court on 10/23/2015 see Dkt#37. Properties are marketed by Forest Joint Venture LLC owner of the properties. Lis Pendens filed on lots. Motion to Employ Accountant approved by the court on 4/8/2016 see Dkt# 44.  Asset # 1 is a 50% membership interest in a company called Forest Joint Venture, LLC.  Debtor owns 50% interest and the other 50% interest is held by John Lipuma.  The vacant lots are residential lots and not much of a market for the lots.  Lipuma claimed capital contributions do and owing to the LLC in an amount which appears to exceed the value of the lots.  Motion to settle Debtor's equity ownership will be filed in the next month, once the final issue of K-1 for 2016 and 2017 is resolved.

RE PROP #        1    --    Properties marked for sale by LLC which owns properties.  Debtor owns a 50% in LLC.

Initial Projected Date of Final Report (TFR): 09/30/2015        Current Projected Date of Final Report (TFR): 04/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-20449

Case Name: FOX VALLEY VIEW, INC.,

Taxpayer ID No: XX-XXX3980

For Period Ending: 11/27/2017

Trustee Name: Peter N. Metrou, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX5975

Checking

Blanket Bond (per case limit): $1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/17 | 1 | Frank Cortina, Jr. No address on check | Court Approved settlement See dkt# 48 | 1110-000 | $50,000.00 | | $50,000.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $16.78 | $49,983.22 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $74.29 | $49,908.93 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $50,000.00 | $91.07 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,000.00 | $91.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,000.00 | $91.07 |

Page Subtotals:    $50,000.00    $91.07

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5975 - Checking | $50,000.00 | $91.07 | $49,908.93 |
| | $50,000.00 | $91.07 | $49,908.93 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,000.00 |
| Total Gross Receipts: | $50,000.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-20449-BWB

Debtor Name: FOX VALLEY VIEW, INC.,

Claims Bar Date: 4/28/2016

Date: November 27, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $5,750.00 | $5,750.00 |
| 100<br>2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $79.93 | $79.93 |
| 100<br>3410 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 690<br>Schaumburg, IL 60173 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,096.50 | $1,096.50 |
| 1<br>300<br>7100 | DOMMERMUTH COBINE WEST<br>GENSLER<br>PHILLIPCHUCK CORRIGAN<br>AND BERNHARD LTD<br>111 EAST JEFFERSON AVE.,<br>SUITE 200<br>NAPERVILLE, IL 60540 | Unsecured<br>Payment Status:<br>Valid To Pay | | $37,151.39 | $37,151.39 | $37,151.39 |
| 2<br>300<br>7100 | THE NATIONAL BANK<br>JOHN E MCNAMARA<br>3151 US HIGHWAY 20<br>ELGIN, IL 60124 | Unsecured<br>Payment Status:<br>Valid To Pay | | $500,000.00 | $907,241.66 | $907,241.66 |
| 3<br>300<br>7100 | BMO HARRIS BANK N.A.<br>111 WEST MONROE STREET<br>4TH FLOOR WEST<br>CHICAGO, IL 60603 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $184,599.62 | $184,599.62 |
| 4<br>300<br>7100 | BMO HARRIS BANK N.A.<br>111 WEST MONROE STREET<br>4TH FLOOR WEST<br>CHICAGO, IL 60603 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $669,967.90 | $669,967.90 |
| | Case Totals | | | $537,151.39 | $1,805,887.00 | $1,805,887.00 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-20449
Case Name: FOX VALLEY VIEW, INC.,
Trustee Name: Peter N. Metrou, Trustee

Balance on hand                                             $              49,908.93

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 5,750.00 | $ 0.00 | $ 5,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 79.93 | $ 0.00 | $ 79.93 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,096.50 | $ 0.00 | $ 1,096.50 |

Total to be paid for chapter 7 administrative expenses        $        6,926.43

Remaining Balance                                            $       42,982.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,798,960.57  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DOMMERMUTH COBINE WEST GENSLER | $        37,151.39 | $           0.00 | $           887.66 |
| 2 | THE NATIONAL BANK | $       907,241.66 | $           0.00 | $        21,676.69 |
| 3 | BMO HARRIS BANK N.A. | $       184,599.62 | $           0.00 | $         4,410.63 |
| 4 | BMO HARRIS BANK N.A. | $       669,967.90 | $           0.00 | $        16,007.52 |

Total to be paid to timely general unsecured creditors        $            42,982.50

Remaining Balance        $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

        Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

        Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

                                        NONE