# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FOX VALLEY VIEW, INC., | § | Case No. 13-20449 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 42,982.50 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 7,017.50 | |

3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 50,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 600,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,017.50 | 7,017.50 | 7,017.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 537,151.39 | 1,798,960.57 | 1,798,960.57 | 42,982.50 |
| **TOTAL DISBURSEMENTS** | $ 1,137,151.39 | $ 1,805,978.07 | $ 1,805,978.07 | $ 50,000.00 |

4) This case was originally filed under chapter 7 on 05/15/2013. The case was pending for 58 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2018         By: /s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 7 vacant lots Naperville, IL c/k/a Forest View Est | 1110-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Old Second National Bank 37 S. River Street Aurora, IL 60506 | | 600,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 600,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 5,750.00 | 5,750.00 | 5,750.00 |
| Peter N. Metrou | 2200-000 | NA | 79.93 | 79.93 | 79.93 |
| Associated Bank | 2600-000 | NA | 91.07 | 91.07 | 91.07 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 1,096.50 | 1,096.50 | 1,096.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,017.50 | $ 7,017.50 | $ 7,017.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | BMO HARRIS BANK N.A. | 7100-000 | NA | 184,599.62 | 184,599.62 | 4,410.63 |
| 4 | BMO HARRIS BANK N.A. | 7100-000 | NA | 669,967.90 | 669,967.90 | 16,007.52 |
| 1 | DOMMERMUTH COBINE WEST GENSLER | 7100-000 | 37,151.39 | 37,151.39 | 37,151.39 | 887.66 |
| 2 | THE NATIONAL BANK | 7100-000 | 500,000.00 | 907,241.66 | 907,241.66 | 21,676.69 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 537,151.39 | $ 1,798,960.57 | $ 1,798,960.57 | $ 42,982.50 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-20449 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | FOX VALLEY VIEW, INC., | | | | Date Filed (f) or Converted (c): | 05/15/2013 (f) |
| | | | | | 341(a) Meeting Date: | 10/18/2013 |
| For Period Ending: | 02/19/2018 | | | | Claims Bar Date: | 04/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7 vacant lots Naperville, IL c/k/a Forest View Est | 700,000.00 | 100,000.00 | | 50,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $700,000.00 | $100,000.00 | | $50,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Involuntary case and Companion case to RA Bright and Robert Bright involuntary cases. RE: 7 vacant lots Naperville, IL c/k/a Forest Joint Venture LLC with Forrest Construction 1/2 Interest - fmv 700,000.00 owe 600,000.00. Motion for 2004 Exams approved by the court on 10/23/2015 see Dkt#'s 36 and 37. Motion to Employ Counsel approved by the court on 10/23/2015 see Dkt#37. Properties are marketed by Forest Joint Venture LLC owner of the properties. Lis Pendens filed on lots. Motion to Employ Accountant approved by the court on 4/8/2016 see Dkt# 44. Asset # 1 is a 50% membership interest in a company called Forest Joint Venture, LLC. The vacant lots are residential lots and market is very slow. Motion to settle Debtor's equity ownership will be filed 6/20/2017. 8/7/2017 mailed tax returns. Claims Review. Sent TFR to UST 11/28/2017. TFR filed 12/28/17 see Dkt# 49.

RE PROP #        1    --    Properties marked for sale by LLC which owns properties. Debtor owns a 50% in LLC.

Initial Projected Date of Final Report (TFR): 09/30/2015        Current Projected Date of Final Report (TFR): 04/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-20449 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: FOX VALLEY VIEW, INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5975 |
| | Checking |
| Taxpayer ID No: XX-XXX3980 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/17 | 1 | Frank Cortina, Jr.<br>No address on check | Court Approved settlement<br>See dkt# 48 | 1110-000 | $50,000.00 | | $50,000.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.78 | $49,983.22 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.29 | $49,908.93 |
| 02/03/18 | 1001 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $5,829.93 | $44,079.00 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($5,750.00) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($79.93) | 2200-000 | | |
| 02/03/18 | 1002 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,096.50 | $42,982.50 |
| 02/03/18 | 1003 | DOMMERMUTH COBINE WEST GENSLER<br>PHILLIPCHUCK CORRIGAN AND BERNHARD LTD<br>111 EAST JEFFERSON AVE., SUITE 200<br>NAPERVILLE, IL 60540 | Final distribution to claim 1 representing a payment of 2.39 % per court order. | 7100-000 | | $887.66 | $42,094.84 |
| 02/03/18 | 1004 | THE NATIONAL BANK<br>JOHN E MCNAMARA<br>3151 US HIGHWAY 20<br>ELGIN, IL 60124 | Final distribution to claim 2 representing a payment of 2.39 % per court order. | 7100-000 | | $21,676.69 | $20,418.15 |
| 02/03/18 | 1005 | BMO HARRIS BANK N.A.<br>111 WEST MONROE STREET<br>4TH FLOOR WEST<br>CHICAGO, IL 60603 | Final distribution to claim 3 representing a payment of 2.39 % per court order. | 7100-000 | | $4,410.63 | $16,007.52 |

Page Subtotals: $50,000.00  $33,992.48

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-20449 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: FOX VALLEY VIEW, INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5975 |
| | Checking |
| Taxpayer ID No: XX-XXX3980 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/18 | 1006 | BMO HARRIS BANK N.A. 111 WEST MONROE STREET 4TH FLOOR WEST CHICAGO, IL 60603 | Final distribution to claim 4 representing a payment of 2.39 % per court order. | 7100-000 | | $16,007.52 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $50,000.00 | $50,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $50,000.00 | $50,000.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $50,000.00 | $50,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*  Page Subtotals: $0.00  $16,007.52

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5975 - Checking | $50,000.00 | $50,000.00 | $0.00 |
|  | $50,000.00 | $50,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,000.00 |
| Total Gross Receipts: | $50,000.00 |

Page Subtotals:    $0.00    $0.00